USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

Townline Equestrian, LLC,

                          Plaintiff,                21-cv-1941 (AJN)

        -v-                                       ORDER

Jose Currais,

                          Defendant.

---------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       The Court is in receipt of the parties' joint letter and proposed case management plan. Dkt. No. 17. In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. By May 26, 2021, **the parties are ORDERED to advise the Court if they can do without a conference altogether**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

       SO ORDERED.

Dated: May 24, 2021
       New York, New York

                                                   ALISON J. NATHAN
                                              United States District Judge